**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Rodriguez-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj1892 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **FERNANDO RODRIGUEZ-LOPEZ,** | |
| Defendant. | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: June 24, 2008     s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Rodriguez-Lopez

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Case No. 08mj1892
                                       )
12            Plaintiff,               )
                                       )
13 v.                                  )   PROOF OF SERVICE
                                       )
14 **FERNANDO RODRIGUEZ-LOPEZ**,       )
                                       )
15            Defendant.               )
                                       )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20        Assistant United States Attorney
          efile.dkt.gc1@usdoj.gov
21

22 Dated: June 24, 2008                            *s/ Michelle Betancourt*
                                                   MICHELLE BETANCOURT
23                                                 Federal Defenders
                                                   225 Broadway, Suite 900
24                                                 San Diego, CA 92101-5030
                                                   (619) 234-8467 (tel)
25                                                 (619) 687-2666 (fax)
                                                   e-mail: michelle_betancourt@fd.org
26

27

28